AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br><br>COURTNEY SPAULDING<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.  26-mj-4166-DHH |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   COURTNEY SPAULDING
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment      ☐ Information     ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition     ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846- Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date:   **May 5, 2026**

City and state:      Worcester, Massachusetts

*Issuing officer's signature*

David H. Hennessy, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*   5|14|2026   , and the person was arrested on *(date)*   5|14|2026
at *(city and state)*   Leominster, MA          .

Date:   5|14|2026

*Arresting officer's signature*

Mark Homsi, Special Agent IRS-CI
*Printed name and title*